IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KENNETH MCGHEE,**

**Plaintiff,**

**vs.**                              **CASE NO. 5:10cv279/RS-EMT**

**HEALTHCARE SERVICES
GROUP, INC., SOVEREIGN
HEALTHCARE OF BONIFAY, LLC,
and NANCY HALL,**

**Defendants.**

_____/

## ORDER

Before me is Defendant's notice (Doc. 19). Plaintiff shall file his response to Defendants' motion to dismiss (Doc. 11) not later than February 18, 2011.

**ORDERED** on February 7, 2011.

                                     /s/ Richard Smoak
                                     **RICHARD SMOAK**
                                     **UNITED STATES DISTRICT JUDGE**