IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH McGHEE,

    Plaintiffs,

vs.                                    CASE NO. 5:10cv279/RS-EMT

NANCY HALL; HEALTHCARE
SERVICES GROUP, INC.; and
SOVEREIGN HEALTHCARE OF BONIFAY.
LLC d/b/a BONIFAY NURSING AND
REHAB CENTER,

    Defendant.
_____/

## ORDER

Before me are Plaintiff's Motion To Establish Entitlement To Attorney's Fees (Doc. 129), the Response In Opposition By Defendant Sovereign Healthcare, LLC and Nancy Hall (Doc. 148), and the Response in Opposition of Defendant Healthcare Services Group, Inc. (Doc. 149).

**IT IS ORDERED:**

1. The parties shall strictly comply with the requirements of N.D. Fla. Loc. Rule 54.1.

2. Settlement efforts required by Rule 54.1(C) must be properly completed not later than January 13, 2012.  Counsel are cautioned, however, that it appears that Plaintiff is the "prevailing party" entitled to recover attorney's fees and costs as provided by 42 U.S.C. §2000e-5(k).  Absent a compelling, good faith argument to the contrary by Defendants, the parties

should focus the required good faith efforts on the amount of attorney's fees and costs.

3. In the event the settlement efforts required by N.D. Fla. Loc. 54.1(C) are unsuccessful, Defendants shall file responses addressing the issue of liability for attorney's fees not later than January 20, 2012.

**ORDERED** on December 22, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**